# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2016

151938

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

EDDIE LAMAR WRIGHT,
      Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

SC: 151938
COA: 320619
Macomb CC: 2013-002385-FC

On order of the Court, the application for leave to appeal the May 26, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2016



Clerk

t0120